Jason A. James (SBN 265129)
E-mail:  jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363    Fax:  949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BEHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>       Defendant. | Case No. 5:23-cv-06495-PCP<br><br>**STIPULATION TO DISMISS ENTIRE**<br>**ACTION WITH PREJUDICE;**<br>**[PROPOSED] ORDER**<br><br>Judge:    Hon. P. Casey Pitts |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4886-1172-8850 v1

1

Case No. 5:23-cv-06495-PCP
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

1    IT IS HEREBY STIPULATED, by and between plaintiff MATTHEW BEHAN ("Plaintiff")

2   and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), that

3   this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a)

4   of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and

5   costs.

6    The parties seek the Court's approval of the dismissal of the action with prejudice.

7   Dated:  July 22, 2024                    LAW OFFICES OF JOEL P. WAELTY

8

9                                            By:     */s/ Joel P. Waelty*
10                                                   Joel P. Waelty
11                                                   Attorneys for Plaintiff
                                                     MATTHEW BEHAN
12

13   Dated:  July 22, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

14

15                                            By:     */s/ Jason A. James*
16                                                   Jason A. James
17                                                   Attorneys for Defendant
                                                     THE PRUDENTIAL INSURANCE
18                                                   COMPANY OF AMERICA

19

20                       **Filer's Attestation - Local Rule 5-1.(i)(3)**

21    The filing attorney attests that he has obtained concurrence regarding the filing of this

22   document and its content from the signatories to this document.

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Orange County

4886-1172-8850 v1                    2                    Case No. 5:23-cv-06495-PCP
                                                         STIPULATION TO DISMISS ENTIRE ACTION
                                                                       WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4886-1172-8850 v1

1

Case No. 5:23-cv-06495-PCP
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE